1018

[No. 73025-8-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUNO MOLINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-01134-4, John P. Erlick, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 73034-7-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALBERT BELLEQUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02687-7, Regina S. Cahan, J., entered January 20, 2015. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 73036-3-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. K.C.-S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-01754-7, John P. Erlick, J., entered January 23, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 73105-0-I. Division One. January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ANTHONY PEREZ, *Appellant*.

The unpublished opinion in the above captioned case was withdrawn by the Court of Appeals on March 21, 2016. On that date, the Court of Appeals issued a substitute unpublished opinion, see 193 Wn. App. 1004, which included a footnote withdrawing the original opinion.